# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ALAN TORWIRT,<br><br>　　　　　　Defendant. | Case No. 3:20-cr-00054-SLG |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 50. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew McCrary Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Indictment, which is a violation of Title 18, U.S.C., Section 2252A(a)(5)(B) – Possession of Child Pornography.

Judge Scoble issued a Final Report and Recommendation at Docket 62, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment – Possession of Child Pornography, and Defendant is adjudged GUILTY of Count 1. The Court ACCEPTS Defendant's admission to the forfeiture allegation. An Imposition of Sentence hearing is confirmed for **January 12, 2022 at 9:00 a.m.** in Anchorage Courtroom 3.

DATED this 16th day of November, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00054-SLG-MMS, *USA v. Torwirt*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:20-cr-00054-SLG-MMS   Document 66   Filed 11/16/21   Page 2 of 2